```
McGREGOR W. SCOTT
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>2005 HONDA ACCORD-V6,<br>VIN: 1HGCM82685A005662,<br>CALIFORNIA LICENSE PLATE NUMBER:<br>5NLG520,<br><br>  Defendant. | **2:08-CV-03130-FCD-GGH**<br><br>**APPLICATION AND ORDER FOR PUBLICATION** |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on an official internet government forfeiture site;

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

1

1    3.   The defendant 2005 Honda Accord-V6, VIN: 1HGCM82685A005662, California License Plate Number: 5NLG520 was seized in the city of Elk Grove, in Sacramento County, California.  The Federal Bureau of Investigation ("FBI") published notice of the nonjudicial forfeiture of the defendant assets on September 5, 12, and 19, 2008 in the <u>Wall Street Journal</u>.

     4.   Plaintiff proposes that publication be made as follows:

          a.   One publication;

          b.   Thirty (30) consecutive days;

          c.   On the official internet government forfeiture site <u>www.forfeiture.gov</u>;

          d.   The publication is to include the following:

               (1)  The Court and case number of the action;

               (2)  The date of the arrest/seizure;

               (3)  The identity and/or description of the property arrested/seized;

               (4)  The name and address of the attorney for the Plaintiff;

               (5)  A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

               (6)  A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after

2

1  the filing of the claims and, in the absence thereof, default may
2  be entered and condemnation ordered;
3  Dated: 12/23/08                    McGREGOR W. SCOTT
                                      United States Attorney
4
5
                                      /s/Saralyn M. Ang-Olson
6                                     SARALYN M. ANG-OLSON
                                      Special Assistant U.S. Attorney
7
8
9                                     **ORDER**
10      IT IS SO ORDERED.
11 Dated: January 7, 2009
12                                    /s/ Gregory G. Hollows
13                                    UNITED STATES MAGISTRATE JUDGE
14
15 2005honda.pub

3