LAWRENCE G. BROWN
Acting United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CV-03130-MCE-DAD |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| 2005 HONDA ACCORD-V6, VIN: 1HGCM82685A005662, CALIFORNIA LICENSE PLATE NUMBER: 5NLG520, | |
| Defendant. | |

This matter came before the Honorable Dale A Drozd on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant Honda to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

    1.   This action arose out of a Verified Complaint for Forfeiture *In Rem* filed December 23, 2008.

    2.   Plaintiff United States of America has moved this Court, pursuant to Local Rule A-540, for entry of default

judgment of forfeiture against potential claimants Thau Benh Cam, Kiu Camung and Danny Cam.

3.  Plaintiff has shown that a complaint for forfeiture was filed; that potential claimants Thau Benh Cam, Kiu Camung and Danny Cam received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

4.  That Thau Benh Cam, Kiu Camung and Danny Cam be held in default;

5.  That plaintiff's motion for default judgment and final judgment of forfeiture be granted;

6.  That a judgment by default be entered against any right, title or interest of potential claimants Thau Benh Cam, Kiu Camung and Danny Cam in the defendant Honda;

7.  That a final judgment be entered, forfeiting all right, title and interest in the defendant Honda to the United States of America, to be disposed of according to law.

8.  That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Morrison C. England and filed by the Clerk of the Court.

DATED: July 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/U.S.v.2005Honda3130.F&R